No. 77.  McGregor et al. *v.* United States.  October 11, 1943.  Petition for writ of certiorari to the Court of Claims denied.  *Messrs. William E. Leahy, Nicholas J. Chase,* and *Eugene B. Sullivan,* and *M. Pearl McCall* for petitioners.  *Assistant Solicitor General Cox* and *Assistant Attorney General Shea* for the United States.

No. 78.  Finck Cigar Co., Inc. *v.* Commissioner of Internal Revenue.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Claude V. Birkhead* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *F. E. Youngman,* and *Miss Helen R. Carloss* for respondent.

No. 79.  Caldwell *v.* Travelers Insurance Co. October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thomas B. Pryor* and *Thomas B. Pryor, Jr.* for petitioner.  *Messrs. Joseph M. Hill* and *Henry L. Fitzhugh* for respondent.

No. 80.  La Societe Francaise de Bienfaisance Mutuelle *v.* California Employment Commission.  October 11, 1943.  Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California denied.  *Mr. Charles D. Hamel* for petitioner.  *Messrs. Robert W. Kenny,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.